JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorraine Hastings,<br><br>   Plaintiff,<br><br> v.<br><br>Boeing Pension Service Center, et al.,<br><br>   Defendant(s). | SACV 08-347-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: December 15, 2008

               */s/ James V. Selna*
               _____
                James V. Selna
               United States District Judge